**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

WESLEY JOHNSON,

        Plaintiff,

vs.

OFFICER TREVOR RISBRY, in his
    official and individual
    capacities,

OFFICER S. RISTA, in his
    official and individual
    capacities,

DEPUTY CATER, in his
    official and individual
    capacities

DEPUTY GRIGCH, in his
    official and individual
    capacities

        Defendants.

Case No. 2:16-cv-01509-JAM-EFB

**ORDER RE TRIAL AND FINAL PRETRIAL CONFERENCE DATES**

Based on the Parties' Stipulation re Trial and Final Pretrial Conference Dates,

///

///

///

///

///

- 1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Final Pretrial Conference and Trial dates are re-set as follows:

- Final Pretrial Conference: February 1, 2019 at 10:00 am.
- **The parties joint pretrial statement shall be e-filed on or before January 25, 2019;**
- Jury Trial (2 days estimated): March 11, 2019 at 9:00 a.m.

Dated this 23rd day of May, 2018

/s/ John A. Mendez_____

Judge John A. Mendez

**[PROPOSED] ORDER**